UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:20-CR-58-GFVT

UNITED STATES OF AMERICA, PLAINTIFF,

V. **RECOMMENDED DISPOSITION**

AARON BLAKE WOODRUM, DEFENDANT.

The Defendant, Aaron Blake Woodrum, appeared before the Court for sentencing following his plea to Theft of Firearms from a Federally Licensed ?Firearms Dealer, in violation of 18 U.S.C. 922(u). he was sentenced to 24 months of imprisonment followed by three-years of supervised release. He was released to supervision on December 1, 2022. He then appeared before the court on March 10, 2023 [R. 52] for an initial appearance on a charge of violating supervised release for failing to complete a substance abuse recovery program. He was detained at that time, and at the final hearing of March 15, 2023 [R. 55] where he admitted to violating his condition of supervision and was ordered to participate in substance abuse recovery, pending a final recommendation in this case. [R. 55]. He then appeared for a final hearing on January 10, 2024, where, based upon his progress in substance abuse recovery, the United States asked that no action be taken on his violation. The United States and Woodrum, however, requested that as a condition of supervision, he be directed to participate in the program of Stable Recovery, a facility where he will attend the School of Horsemanship at Taylor made Farm, receiving training and on the job experience in the thoroughbred industry.

Therefore, having considered the matter, and being advised,

IT IS RECOMMENDED that no action be taken on the violation conduct set forth in the report of March 1, 2023, but that Woodrum continue his unexpired period of supervision, with the added condition that he be directed to participate in the program of Stable Recovery, a facility where he will attend the School of Horsemanship at Taylor made Farm, receiving training and on the job experience in the thoroughbred industry.

Defendant has the right to object to this Recommendation and to secure de novo review from the District Judge as to any matter to which he specifically objects and seeks review. Upon the parties' consent, within FOURTEEN BUSINESS DAYS after being served with a copy of this decision, a party may serve and file specific written objections to any or all findings or recommendations for determination, de novo, by the District Court. Failure to make timely objection, in the manner described, may, and normally will, result in waiver of further appeal to or review by the District Court and Court of Appeals with respect to the particular decision at issue. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S. Ct. 466 (1985).

Signed January 10, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
**United States Magistrate Judge**